Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

John J. Butts (*pro hac vice* forthcoming)
Andrew S. Dulberg (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Defendant
Daniel Nadler and Kensho Technologies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP,<br><br>                      Plaintiff,<br><br>vs.<br><br>DANIEL NADLER, and KENSHO TECHNOLOGIES, INC.<br><br>                      Defendant. | Case No. 15cv0828-DMS-JLB<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Dana M. Sabraw |

PLEASE TAKE NOTICE that Christopher T. Casamassima, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters his appearance as attorney of record for Defendants Daniel Nadler and Kensho Technologies, Inc. in the above-captioned matter.

Dated: May 4, 2015                              Respectfully submitted,


/s/ *Christopher T. Casamassima*
Chris Casamassima (SBN 211280)
John J. Butts (*pro hac vice forthcoming*)
Andrew S. Dulberg (*pro hac vice forthcoming*)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP

*Attorneys for Defendant Daniel Nadler
and Kensho Technologies, Inc.*

- 1 -