Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

John J. Butts (*pro hac vice* forthcoming)
Andrew S. Dulberg (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Defendant
Daniel Nadler and Kensho Technologies, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP, <br><br>Plaintiff, <br><br>vs. <br><br>DANIEL NADLER, and KENSHO TECHNOLOGIES, INC. <br><br>Defendant. | Case No. 15cv0828-DMS-JLB <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. Dana M. Sabraw |

1  PLEASE TAKE NOTICE that Allyson T. Fortier, of Wilmer Cutler Pickering Hale and Dorr
2  LLP, hereby enters his appearance as attorney of record for Defendants Daniel Nadler and Kensho
3  Technologies, Inc. in the above-captioned matter.

Dated:  May 6, 2015                         Respectfully submitted,


                                            /s/ Allyson T. Fortier
                                            Chris Casamassima (SBN 211280)
                                            John J. Butts (*pro hac vice forthcoming*)
                                            Andrew S. Dulberg (*pro hac vice forthcoming*)
                                            Allyson Fortier (SBN 287291)
                                            WILMER CUTLER PICKERING
                                               HALE AND DORR LLP

                                            *Attorneys for Defendants Daniel Nadler
                                            and Kensho Technologies, Inc.*

- 1 -