

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Howard Lindzon et al. | Plaintiff, | Civil No. 15cv0828-DMS-JLB |
| v. | | **PRO HAC VICE APPLICATION** |
| Daniel Nadler et al. | Defendant. | Defendants |
| | | Party Represented |

I, __John J. Butts__ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr LLP

Street address: 60 State St.

City, State, ZIP: Boston, MA 02109

Phone number: 617 526 6515

Email: john.butts@wilmerhale.com

That on __12/13/1999__ I was admitted to practice before __the MA Supreme Judicial Court__
          (Date)                                                              (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| Christopher Casamassima | 213 384 7422 |
|---|---|
| (Name) | (Telephone) |

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm)

| 350 South Grand Ave., Suite 2100 | Los Angeles, CA | 90071 |
|---|---|---|
| (Street) | (City) | (Zip code) |

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_