

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Howard Lindzon et al.

**Plaintiff,**

v.

Daniel Nadler et al.

**Defendant.**

Civil No.  15cv0828-DMS-JLB

## PRO HAC VICE APPLICATION

Defendants
Party Represented

I, ___Andrew S. Dulberg___ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr LLP

Street address: 60 State St.

City, State, ZIP: Boston, MA 02109

Phone number: 617 526 6352

Email: andrew.dulberg@wilmerhale.com

That on ___12/1/2009___ I was admitted to practice before the MA Supreme Judicial Court
(Date)                                                          (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not)  concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____  Date of Application _____

Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Christopher Casamassima                     213 384 7422
(Name)                                       (Telephone)

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm)

350 South Grand Ave., Suite 2100      Los Angeles, CA          90071
(Street)                               (City)                  (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)