Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

John J. Butts (*pro hac vice*)
Andrew S. Dulberg (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Defendant
Daniel Nadler and Kensho Technologies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL NADLER, and KENSHO TECHNOLOGIES, INC. <br><br> Defendant. | Case No. 15cv0828-DMS-JLB <br><br> **NOTICE OF WITHDRAWAL OF DOCKET ENTRY 11** <br><br> Hon. Dana M. Sabraw |

The undersigned hereby requests that Docket Entry No. 11, "Joint Notice of Request to Take July 16, 2015 12(b) Conference Off Calendar," in the above-captioned matter be withdrawn from the docket, as the document was filed under the CM/ECF credentials of a different attorney than the undersigned. The undersigned shall file a replacement document upon the withdrawal of current Docket Entry No. 11.

Dated:  July 8, 2015                                Respectfully submitted,


                                                     /s/ *Chris Casamassima*
                                                    Chris Casamassima (SBN 211280)
                                                    John J. Butts (*pro hac vice*)
                                                    Andrew S. Dulberg (*pro hac vice*)
                                                    Allyson Fortier (SBN 287291)
                                                    WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP

                                                    *Attorneys for Defendant Daniel Nadler
                                                    and Kensho Technologies, Inc.*

- 1 -

[INSERT HERE]
Case No. 15cv0828-DMS-JLB