Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

John J. Butts (*pro hac vice*)
Andrew S. Dulberg (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Defendant
Daniel Nadler and Kensho Technologies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL NADLER, and KENSHO TECHNOLOGIES, INC.<br><br>Defendant. | Case No. 15cv0828-DMS-JLB<br><br>**JOINT NOTICE OF REQUEST TO TAKE JULY 16, 2015 12(b) CONFERENCE OFF CALENDAR**<br><br>Hon. Dana M. Sabraw<br><br>Conference Date: July 16, 2015<br><br>Time: 9:30 am |

The undersigned parties in the above referenced matter jointly apprise the Court of the case's status and ask that the Court cancel a telephonic conference to discuss a motion under Fed. R. Civ. P. 12(b), which is now scheduled for **July 16, 2015 at 9:30**.  In accordance with the Court's Civil Pretrial and Trial Procedures, the parties conferred with respect to Defendants' intention to file a Rule 12(b) motion and thereafter scheduled a telephonic conference with the Court.  Plaintiffs have since decided to file an Amended Complaint, which they will do by July 15, 2015.

Because the current complaint will soon be mooted, the parties agree that it is not necessary for Defendants to respond to the current complaint and respectfully request that the Court remove the currently scheduled teleconference from the calendar.  Defendants will assess the Amended Complaint after it is filed, and the need for an additional meet and confer and conference with the Court.

Dated:  July 8, 2015				Respectfully submitted,

/s/  Chris Casamassima
Chris Casamassima (SBN 211280)
John J. Butts (*pro hac vice*)
Andrew S. Dulberg (*pro hac vice*)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP

*Attorneys for Defendants Daniel Nadler and Kensho Technologies, Inc.*


/s/  Jay J. Rice
Jay J. Rice (*pro hac vice*)
NAGEL RICE, LLP
Ashley D. Posner (SBN 106195)
POSNER LAW CORPORATION

*Attorneys for Plaintiffs Howard Lindzon, Social Leverage, LLC, Social Leverage Capital Fund I, LP, and Social Leverage Capital Fund II, LP*

- 1 -

Joint Notice of Request to Take 12(b) Conference Off Calendar
Case No. 15cv0828-DMS-JLB