Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, 21st Floor
Los Angeles, CA 90071
Telephone:  213-443-5374
Facsimile:   213-443-5400

John J. Butts (MA SBN 643201) (*pro hac vice*)
Andrew S. Dulberg (MA SBN 675405) (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State St.
Boston, MA 02109
Telephone:  617-526-6000
Facsimile:   617-529-5000

Attorneys for Defendants
*Daniel Nadler and Kensho Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, et al., | Case No. 15-cv-00828-DMS-JLB |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR ADDITIONAL PAGES** |
| vs. | |
| DANIEL NADLER, et al., | |
| Defendants. | Date: To Be Determined<br>Time: To Be Determined<br>Location: 13A<br>Judge: Hon. Dana M. Sabraw |

## ORDER

Having considered Defendants' Ex Parte Request for Additional Pages, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants shall be

1  permitted to exceed the 25-page limit contemplated by Local Rule 7.1.  Defendants
2  shall receive a combined total of 35 pages for their motions.
3  **IT IS SO ORDERED.**
   Dated:  August 24, 2015

Hon. Dana M. Sabraw
United States District Judge