# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am in the employ of the Posner Law Corporation; I am over the age of 18 and not a party to the within action; my business address is 15303 Ventura Boulevard, Suite 900, Sherman Oaks, California 91403.

On the date indicated below, I served the foregoing document(s) described as:

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS; CERTIFICATION OF HOWARD LINDZON.**

on all interested parties in this action by electronically filing it through the Court's CM-ECF e-Filing System:

Christopher T. Casamassima, chris.casamassima@wilmerhale.com, kathi.constanzo@wilmerhale.com
Allyson Fortier, allyson.fortier@wilmerhale.com
John J. Butts, John.Butts@wilmerhale.com
Andrew S. Dulberg, Andrew.Dulberg@wilmerhale.com, michelle.sandals@wilmerhale.com

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on October 6, 2015, at Los Angeles, California.

/s/ Ashley Posner
Ashley Posner