POSNER LAW CORPORATION 15303 VENTURA BOULEVARD, SUITE 900 SHERMAN OAKS, CA 91403

1  **POSNER LAW CORPORATION**
2  ASHLEY D. POSNER (106195)
   15303 Ventura Boulevard, Suite 900
3  Sherman Oaks, CA 91403
4  Telephone: (310) 475-8520
   ashleyposner@gmail.com
5
6  **NAGEL RICE, LLP**
   Jay J. Rice, Esq. (pro hac vice pending)
7  103 Eisenhower Parkway
   Roseland, New Jersey 07068
8  973-618-0400
9  jrice@nagelrice.com
10 *Attorneys for Plaintiff*
11
12             UNITED STATES DISTRICT COURT
13           SOUTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15 HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP, | No.: 3:15-cv-828 DMS (JLB) |
| 19               Plaintiffs, | **NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS' NOTICE OF CROSS MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE FIRST AMENDED COMPLAINT** |
| 20 vs. | |
| 21 DANIEL NADLER, and KENSHO TECHNOLOGIES, INC. | Date:      October 30, 2015 Time:      1:30 p.m. Location: Courtroom 13A Judge:    Hon. Dana M. Sabraw |
| 23               Defendants. | |

24

25

26  / / / /

27  / / / /

28

POSNER LAW CORPORATION
15303 VENTURA BOULEVARD, SUITE 900
SHERMAN OAKS, CA 91403

1  **TO THE COURT AND ALL PARTIES TO THIS ACTION:**

2  PLEASE TAKE NOTICE that Plaintiffs hereby provide notice of errata and

3  correction as follows:

4  On October 6, 2015, Plaintiffs filed Plaintiffs' Notice of Cross Motion and

5  Motion for Summary Judgment on Count I of the First Amended Complaint, which

6  was docketed as number 28 in these proceedings. Due to an error in electronic

7  transmission of the various documents that make up the entire pleading, some

8  documents were inadvertently omitted. A corrected filing is being filed subsequent

9  to this notice of errata.

10  DATED: October 6, 2015                ATTORNEYS FOR PLAINTIFFS

11
                                        /s/ Ashley D. Posner
12                                 By:_____
                                        ASHLEY D. POSNER
13                                      POSNER LAW CORPORATION
                                        15303 VENTURA BOULEVARD
14                                      SUITE 900
                                        SHERMAN OAKS, CA 91403
15                                      Tel: (310) 475-5820
                                        Fax: (310) 474-1901
16                                      ashleyposner@gmail.com

17
                                        JAY J. RICE
18                                      NAGEL RICE LLP
                                        103 EISENHOWER PARKWAY
19                                      SUITE 103
                                        ROSELAND, NJ 07068
20                                      Tel: (973) 618-0400
                                        Fax: (973) 618-9194
21                                      jrice@nagelrice.com

22

23

24

25

26

27

28