**POSNER LAW CORPORATION**
ASHLEY D. POSNER (Cal. Bar No. 106195)
15303 Ventura Boulevard, Suite 900
Sherman Oaks, CA 91403
Telephone: (310) 475-8520
ashleyposner@gmail.com

**NAGEL RICE, LLP**
Jay J. Rice, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400
jrice@nagelrice.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL NADLER, and KENSHO TECHNOLOGIES, INC.<br><br>Defendants. | Case No.: 3:15-cv-00828<br><br>**PLAINTIFFS' NOTICE OF CROSS MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE FIRST AMENDED COMPLAINT**<br><br>Date: October 30, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 13A<br>Judge. Hon. Dana M. Sabraw |

**PLEASE TAKE NOTICE THAT**, that on October 30, 2015, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Dana M. Sabraw, Plaintiffs' Cross-Motion for Summary Judgment will be heard.

This Motion will be and hereby is made pursuant to Federal Rule of Civil Procedure 56. Plaintiffs are entitled to summary judgment on Count I of the First Amended Complaint, Dkt. No. 14, because all of the statements made by defendant, Daniel Nadler, as set forth in the First Amended Complaint are defamatory per se, and no reasonable jury could find otherwise. This basis for granting summary judgment to Plaintiffs is described in detail in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment.

This Motion is based upon this Notice, the Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment, the accompanying Counter-Statement of Undisputed Material Facts, the Declarations of Jay J. Rice and Howard Lindzon, all accompanying exhibits, and such evidence and arguments that may be adduced at the hearing of this matter.

WHEREFORE, Plaintiffs Howard Lindzon, Social Leverage, LLC, Social Leverage Capital Fund I, LP, and Social Leverage Capital Fund II, LP, respectfully request that the Court enter an Order granting them summary judgment on Count I of the First Amended Complaint.

DATED: October 6, 2015

ATTORNEYS FOR PLAINTIFFS

By:/s/ Ashley D. Posner
ASHLEY D. POSNER
POSNER LAW GROUP
15303 VENTURA BOULEVARD #900
SHERMAN OAKS, CA 91403
Tel: (310) 475-5820
Fax: (310) 474-1901
ashleyposner@gmail.com


JAY J. RICE
BRADLE L. RICE (*pro hac vice pending*)
NAGEL RICE LLP
103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NJ 07068
Tel: (973) 618-0400
Fax: (973) 618-9194
jrice@nagelrice.com
brice@nagelrice.com

Attorneys for Plaintiffs Howard Lindzon, Social Leverage, LLC, Social Leverage Capital Fund I, LP, and Social Leverage Capital Fund II, LP