POSNER LAW CORPORATION
15303 VENTURA BLVD., SUITE 900
SHERMAN OAKS, CA 91403

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, SOCIAL LEVERAGE, LLC, SOCIAL LEVERAGE CAPITAL FUND I, LP and SOCIAL LEVERAGE CAPITAL FUND II, LP, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL NADLER, and KENSHO TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 15cv00828-DMS (JLB) <br><br> **ORDER GRANTING JOINT MOTION PURSUANT TO L.R. 79.2 TO SEAL DOCUMENTS** <br><br> Judge. Hon. Dana M. Sabraw |

## ORDER

Having considered Plaintiffs' motion pursuant to Local Rule 79.2 to seal documents, and finding good cause therefore, IT IS HEREBY ORERED THAT Plaintiffs' motion pursuant to Local Rule 79.2 to seal documents is granted and that Exhibits A and B of the Declaration of Jay J. Rice In Response to Court Order Dated October 23, 2015 Concerning Subject Matter Jurisdiction and In Support of Motion Pursuant to L.R. 79.2 to Seal Documents shall be sealed on the Court's docket.

**IT IS SO ORDERED.**
Dated: November 3, 2015

_____
Hon. Dana M. Sabraw
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**POSNER LAW CORPORATION**
**15303 VENTURA BLVD., SUITE 900**
**SHERMAN OAKS, CA 91403**

- 2 -
ORDER ON JOINT MOTION FOR ADJOURNMENT OF HEARING