Christopher T. Casamassima (SBN 211280)
Allyson Fortier (SBN 287291)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, 21st Floor
Los Angeles, CA 90071
Telephone:   213-443-5374
Facsimile:   213-443-5400

John J. Butts
(MA SBN 643201) (*pro hac vice*)
Andrew S. Dulberg
(MA SBN 675405) (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State St.
Boston, MA 02109
Telephone:   617-526-6000
Facsimile:   617-529-5000

Attorneys for Defendants

Ashley D. Posner (SBN 106195)
POSNER LAW CORPORATION
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Telephone: 310-475-8520
Facsimile: 310-474-1901
Email: ashleyposner@gmail.com

Jay J. Rice, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-618-0400
Email: jrice@nagelrice.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LINDZON, et al.,<br><br>              Plaintiffs,<br><br>     vs.<br><br>DANIEL NADLER, et al.,<br><br>              Defendants. | Case No. 15-cv-00828-DMS-JLB<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>Date:      December 2, 2015<br>Time:      9:00 a.m.<br>Location: 5th Fl., Ste. 5140<br>Judge:     Hon. Jill L. Burkhardt |

1    The parties jointly request that the Court adjourn the Early Neutral
2  Evaluation ("ENE") Conference and the Case Management Conference ("CMC"),
3  which are currently scheduled for **December 2, 2015** until after the Court
4  determines whether it has subject matter jurisdiction over this action.
5    On September 28, 2015, the Court set the ENE and CMC for the currently
6  scheduled date so that it would follow the hearing on Defendants' motion to
7  dismiss and motion for summary judgment, both of which were then scheduled
8  October 30, 2015.  On October 23, 2015, the Court vacated that hearing date on
9  those motions and issued an *sua sponte* order requiring the Plaintiffs to show cause
10 why the case should not be dismissed for lack of subject matter jurisdiction.  *See*
11 Dkt No. 34.  Plaintiffs responded on October 30 and argued that diversity
12 jurisdiction exists.  *See* Dkt. No. 36.  Defendants responded on November 6 and
13 argued that there is not complete diversity.  *See* Dkt No. 39.  The Court now has
14 that issue under advisement.
15    The parties believe that efficiency and judicial economy will be best served
16 by continuing the ENE and CMC until after the Court decides whether it has
17 jurisdiction over this matter, and if so, until after the Court rules on Defendants'
18 dispositive motions.  If the Court dismisses the case for lack of jurisdiction, or
19 grants Defendants' motions, the ENE and CMC will not be necessary.  If neither
20 happens, the parties will be in a better position to address whatever issues may
21 remain, the possibility of settlement, the need for discovery, and the appropriate
22 scope of such discovery.
23    For the same reasons, the Parties ask that the tentative case management
24 dates set forth in this Court's September 28, 2015 ENE Notice and Order be held in
25 abeyance.
26
27
28

WHEREFORE, the parties respectfully request that the Court enter the proposed order and vacate the ENE and CMC until after the Court resolves whether it has jurisdiction over this matter.

November 17, 2015

/s/ Christopher T. Casamassima
Christopher T. Casamassima
*Attorney for Defendants*

/s/ Jay J. Rice
Jay J. Rice
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. My business address is 350 S. Grand Ave., Suite 2100, Los Angeles, CA, and I am over the age of eighteen years and not a party to the above-titled action. I certify that on November 6, 2015, I served the following documents:

1. **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

The documents were served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

- Ashley D. Posner
  ashleyposner@gmail.com

- Jay J. Rice
  jrice@nagelrice.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 17, 2015                    *s/ Christopher Casamassima*
                                            Christopher T. Casamassima